GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED _____   _____ LODGED
RECEIVED _____   _____ COPY

MAR 2 2 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Bryan Mondragon,<br><br>        Defendant. | No.  CR-23-00442-PHX-SPL (MTM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a),<br>      and 924(a)(1)(D)<br>      (Dealing Firearms without a License)<br>      Count 1<br><br>      18 U.S.C. § 924(a)(1)(A)<br>      (False Statement During the<br>      Purchase of a Firearm)<br>      Counts 2 – 27<br><br>      18 U.S.C. §§ 924(d) and 981,<br>      21 U.S.C. §§ 853 and 881; and<br>      28 U.S.C. § 2461(c)<br>      (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between March 20, 2020, through September 2, 2020, in the District of Arizona, Defendant BRYAN MONDRAGON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 - 27

On or about the dates listed below, in the District of Arizona, Defendant BRYAN MONDRAGON knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant BRYAN MONDRAGON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant BRYAN MONDRAGON resided at an address on McCulloch Boulevard in Lake Havasu City, Arizona, whereas in truth and fact, Defendant BRYAN MONDRAGON knew that he resided at a different address:

| Count | Date | Location |
|---|---|---|
| 2 | 3/20/2020 | Bass Tackle Master (Lake Havasu City) |
| 3 | 5/21/2020 | Bass Tackle Master (Lake Havasu City) |
| 4 | 6/17/2020 | Bass Tackle Master (Lake Havasu City) |
| 5 | 6/18/2020 | Bass Tackle Master (Lake Havasu City) |
| 6 | 6/26/2020 | Bass Tackle Master (Lake Havasu City) |
| 7 | 7/1/2020 | Bass Tackle Master (Lake Havasu City) |
| 8 | 7/1/2020 | Pawnstarz (Lake Havasu City) |
| 9 | 7/2/2020 | Southwest Firearms (Lake Havasu City) |
| 10 | 7/6/2020 | Bass Tackle Master (Lake Havasu City) |
| 11 | 7/6/2020 | Western Arizona Training Solutions (Lake Havasu City) |
| 12 | 7/11/2020 | U.S. Arms/A.A.E. (Lake Havasu City) |

| 13 | 7/11/2020 | Pawnstarz (Lake Havasu City) |
|----|-----------|------------------------------|
| 14 | 7/15/2020 | U.S. Arms/A.A.E. (Lake Havasu City) |
| 15 | 7/15/2020 | Pawnstarz (Lake Havasu City) |
| 16 | 7/18/2020 | Bass Tackle Master (Lake Havasu City) |
| 17 | 7/18/2020 | Mr. Pawn (Lake Havasu City) |
| 18 | 7/20/2020 | Bass Tackle Master (Lake Havasu City) |
| 19 | 7/22/2020 | Western Arizona Training Solutions (Lake Havasu City) |
| 20 | 7/27/2020 | U.S. Arms/A.A.E. (Lake Havasu City) |
| 21 | 8/8/2020 | U.S. Arms/A.A.E. (Lake Havasu City) |
| 22 | 8/17/2020 | U.S. Arms/A.A.E. (Lake Havasu City) |
| 23 | 9/2/2020 | Bass Tackle Master (Lake Havasu City) |
| 24 | 9/2/2020 | Mr. Pawn (Lake Havasu City) |
| 25 | 9/2/2020 | Western Arizona Training Solutions (Lake Havasu City) (re: Glock Handgun) |
| 26 | 9/2/2020 | Western Arizona Training Solutions (Lake Havasu City) (re: Spikes Tactical Rifle) |
| 27 | 9/2/2020 | Pawnstarz (Lake Havasu City) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 27 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 27 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable. If any forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  March 22, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
ADDISON SANTOME
Assistant U.S. Attorney

- 4 -